April 30, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

SHARMA TADEPALLI, Appellant

NO. 14-13-00133-CV                    V.

THE SRI MEENAKSHI TEMPLE SOCIETY, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, The Sri Meenakshi Temple Society, signed November 9, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Sharma Tadepalli, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.